ZULIMA V. FARBER
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey   08625
Attorney for New Jersey Department of Labor
      Division of Unemployment and Disability Insurance

By:   James M. Bennett JB6692
      Deputy Attorney General
      (609) 984-2901

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

|  |  |  |
|---|---|---|
| NEW JERSEY DEPARTMENT OF LABOR DIVISION OF UNEMPLOYMENT AND DISABILITY INSURANCE, | : : : | Chapter 7 Case No.: 05-20980 KCF Adversary No.:   05-2039 |
| Plaintiff, | : | |
| v. | : | CERTIFICATE OF SERVICE |
| ROBERT J. BODTMANN, | : : | |
| Defendant. | | |

I hereby certify that copy of the Notice of Motion or Objection was served upon Robert J. Bodtmann, 1507 W. Atlantic Ave., Apt. 18, Manasquan, NJ, 08753, by regular and certified mail on the 27th day of March, 2006, by depositing same in the mail at the Richard J. Hughes Justice Complex, Trenton, New Jersey.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_Elaine Vrabel_
Elaine Vrabel, Legal Secretary

Dated: March 29, 2006